**Motion Granted and Order filed March 28, 2013**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-12-00633-CV**
_____

**JERRY L. STARKEY, TBDL, L.P., AND PBW DEVELOPMENT CORPORATION, Appellant**

**V.**

**GLEN GRAVES, Appellee**

**On Appeal from the 405TH District Court**
**Galveston County, Texas**
**Trial Court Cause No. 09-CV-0620**

## ORDER

On July 6, 2012, Jerry L. Starkey, TBDL, L.P., and PBW Development Corporation filed a notice of appeal from the amended final judgment signed April 11, 2012, and the appeal was assigned to this court under our appellate number 14-12-00633-CV. On August 2, 2012, Glen Graves filed a notice of cross-appeal from the trial court's order signed July 13, 2012, granting a motion to modify filed

by Jerry L. Starkey, TBDL, L.P., and PBW Development Corporation, which was assigned to this court under our appellate number 14-12-00709-CV.

On August 13, 2012, Glen Graves filed an unopposed motion to consolidate the appeals. The motion was granted and the court consolidated the two above-referenced causes for all purposes into cause number 14-12-00633-CV.

On March 30, 2013, Glen Graves filed an unopposed motion for a briefing schedule. The motion is GRANTED. Accordingly we order the following:

- Brief of appellants Jerry L. Starkey, TBDL, L.P., and PBW Development Corporation is currently due April 18, 2013;

- Glen Graves' combined brief,[1] as appellee and cross-appellant, is due 30 days after appellants' brief is filed;

- Combined reply brief of appellants and cross-appellees[2] Jerry L. Starkey, TBDL, L.P., and PBW Development Corporation is due 30 days after Graves' combined brief is filed.


PER CURIAM

---

[1] The combined brief will not exceed 15,000 words.
[2] The combined brief will not exceed 7,500 words.